UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANGELA BESECKER,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:22-cv-274

District Judge Michael J. Newman
Magistrate Judge Elizabeth P. Deavers

_____

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR REMAND (DOC. NO. 9); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THE ENTRY OF JUDGMENT IN PLAINTIFF'S FAVOR; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**
_____

    This Social Security disability benefits appeal is presently before the Court on the parties' Joint Stipulation to Remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  Doc. No. 9.

    For good cause shown, and because the requirements of a Sentence Four remand have been satisfied, **IT IS ORDERED THAT** (1) the parties' Joint Stipulation for Remand is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for proceedings consistent with the parties' Joint Stipulation and this Order; (3) upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision; (4) the Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new administrative hearing, and then issue a new decision; and (5) this case is **TERMINATED** upon the Court's docket.

The Clerk is **ORDERED** to enter judgment in Plaintiff's favor.

**IT IS SO ORDERED.**

 January 17, 2023        s/Michael J. Newman
                 Hon. Michael J. Newman
                 United States District Judge