AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Angela B., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:22-cv-00274 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Granting Parties Joint Stipulation for Remand. Remanding this case to the Commissioner under the Fourth
Sentence of 42 U.S.C. § 405(g) For Futher Proceedings. Ordering Judgment in Plaintiff's Favor.
Terminating Case on the Court's Docket.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Michael J. Newman _____ on a motion for

Remand

Date:   1/17/2023 _____

CLERK OF COURT

*Sophia R. Bryan*
_____
Signature of Clerk or Deputy